NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VIRGINIA SIMONS and JOSPEH
SIMONS,

        Appellants,

v.

WESTWINDS VILLAGE, INC.,

        Appellee.

Case No. 2D19-1875

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

David A. Fernandez, Bradenton, for
Appellants.

David L. Boyette of Adams and Reese
LLP, Sarasota, for Appellee.


PER CURIAM.


        Affirmed.


KHOUZAM, C.J., and MORRIS and SMITH, JJ., Concur.